[No. 30401-1-I.     Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNIE LEE DOWELL-GLOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06231-1, Richard M. Ishikawa, J., entered March 31, 1992. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 31224-3-I.     Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN DOUGLAS MOTTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-02289-5, Goerge T. Mattson, J., entered July 10, 1992. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 32884-1-I.     Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL C. RIKARD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00400-6, John F. Wilson, J., entered June 4, 1993. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Baker and Becker, JJ.